**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1824

PAUL TRUETT CANADY, II, Administrator for the Estate of Jimmie Andrew Underwood, a/k/a James Blackmon, a/k/a James Blackman, a/k/a Jimmy Lee Hooker,

       Plaintiff – Appellant,

   v.

JAMES HOLDER, in his individual capacity; ANDREW MUNDAY, in his individual capacity; CITY OF RALEIGH,

       Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:20-cv-00524-FL)

Argued: March 9, 2023                        Decided: June 7, 2023

Before WILKINSON, AGEE, and HEYTENS, Circuit Judges.

Dismissed and remanded by unpublished per curiam opinion.

**ARGUED:** David S. Rudolf, PFEIFFER RUDOLF, Charlotte, North Carolina, for Appellant. Jason Robert Benton, PARKER, POE, ADAMS & BERNSTEIN LLP, Charlotte, North Carolina, for Appellees. **ON BRIEF:** Sonya Pfeiffer, Joseph P. Lattimore, RUDOLF WIDENHOUSE, Charlotte, North Carolina, for Appellant. Daniel E. Peterson, PARKER, POE, ADAMS & BERNSTEIN LLP, Charlotte, North Carolina, for Appellee James Holder. Rachel E. Keen, Sonny S. Haynes, WOMBLE BOND

DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellee Andrew Munday. Norwood Pitt Blanchard, III, CROSSLEY MCINTOSH COLLIER HANLEY & EDES PLLC, Wilmington, North Carolina, for Appellee City of Raleigh.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Blackmon filed an action against James Holder, Andrew Munday, and the City of Raleigh, bringing constitutional and state-law claims. The district court dismissed some of the claims, and then Blackmon voluntarily dismissed the remaining claims and appealed. We now dismiss the appeal because his voluntary dismissal of certain claims without prejudice created a non-final and non-appealable split judgment over which this Court lacks jurisdiction. *See Microsoft Corp. v. Baker*, 582 U.S. 23, 27 (2017); *Waugh Chapel S., LLC v. United Food & Com. Workers Unions Loc. 27*, 728 F.3d 354, 359 (4th Cir. 2013); *Poly-Med Inc. v. Novus Sci. PTE Ltd.*, 773 F. App'x 727, 727 (4th Cir. 2019). We remand for such further proceedings, if any, as appropriate.

*DISMISSED AND REMANDED*